UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **SOUTHERN WALK AT BROADLANDS** \* | |
| **HOMEOWNER'S ASSOCIATION, INC.,** \* | |
| \* | |
| Plaintiff, \* | |
| \* | |
| v. \* | Civil No. 1:11-cv-00517 (GBL/TCB) |
| \* | |
| **OPENBAND AT BROADLANDS, LLC,** \* | |
| \* | |
| Defendant. \* | |
| \* | |

## NOTICE OF APPEAL

Plaintiff, Southern Walk at Broadlands Homeowner's Association, Inc. ("Southern Walk"), by counsel, files this NOTICE OF APPEAL and hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Order signed by the Court on February 13, 2012 and entered in this action on February 14, 2012 (Docket No. 51).

Respectfully submitted,

**SOUTHERN WALK AT BROADLANDS HOMEOWNER'S ASSOCIATION, INC.**

/s/
Kurt C. Rommel
Virginia State Bar No. 20466
Harvey B. Cohen
Virginia State Bar 06440
Christopher E. Brown
Virginia State Bar No. 72765
Attorneys for Plaintiff
Miles & Stockbridge P.C.
1751 Pinnacle Drive, Suite 500
McLean, VA 22102
Phone: 703-903-9000
Fax: 703-610-8686
krommel@milesstockbridge.com
hcohen@milesstockbridge.com
cebrown@milesstockbridge.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 12, 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Kevin B. Bedell, Esq.
Greenberg Traurig LLP
1751 Tysons Blvd, Suite 1200
McLean, VA  22102
*Counsel for OpenBand at Broadlands, LLC*


Sanford M. Saunders, Jr., Esq.
Greenberg Traurig
2101 L Street, N.W., Suite 1000
Washington, DC   20037
*Counsel for OpenBand at Broadlands, LLC*


Mitchell Frederick Brecher, Esq.
Greenberg Traurig
2101 L Street, N.W., Suite 1000
Washington, DC   20037
*Counsel for OpenBand at Broadlands, LLC*


                /s/
                Kurt C. Rommel
                Virginia State Bar No. 20466
                Attorneys for Plaintiff
                Miles & Stockbridge P.C.
                1751 Pinnacle Drive, Suite 500
                McLean, VA 22102
                Phone: 703-903-9000
                Fax: 703-610-8686
                krommel@milesstockbridge.com