FILED: September 6, 2012

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-2083
(1:11-cv-00517-GBL-TCB)

_____


SOUTHERN WALK AT BROADLANDS HOMEOWNER'S ASSOCIATION,
INC.

            Plaintiff - Appellee

v.

OPENBAND AT BROADLANDS, LLC

            Defendant - Appellant

_____

This case has been opened on appeal.

| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
|---|---|
| Originating Court Case Number | 1:11-cv-00517-GBL-TCB |
| Date notice of appeal filed in originating court | 09/04/2012 |
| Appellant(s) | Openband at Broadlands, LLC |
| Appellate Case Number | 12-2083 |
| Case Manager | Donna Lett 804-916-2704 |