FILED: October 19, 2012

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-1331 (L)
(1:11-cv-00517-GBL-TCB)

_____

SOUTHERN WALK AT BROADLANDS HOMEOWNER'S ASSOCIATION, INC.

   Plaintiff - Appellant

v.

OPENBAND AT BROADLANDS, LLC

   Defendant - Appellee

_____

No. 12-2083
(1:11-cv-00517-GBL-TCB)

_____

SOUTHERN WALK AT BROADLANDS HOMEOWNER'S ASSOCIATION, INC.

   Plaintiff - Appellee

v.

OPENBAND AT BROADLANDS, LLC

   Defendant – Appellant

_____

O R D E R
_____

The court consolidates Case No. 12-1331 and Case No. 12-2083 as cross appeals. The appellant in Case No.12-1331 shall be considered the appellant for purposes of the consolidated appeals and shall proceed first at briefing and at oral argument. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

                                               For the Court--By Direction

                                               /s/ Patricia S. Connor, Clerk